UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE PRADO-RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JEFF LYNCH,<br><br>    Defendant. | Case No. 20-cv-07762-AGT<br><br>**ORDER TO FILE A RESPONSE**<br><br>Re: Dkt. No. 1 |

    Vicente Prado-Rodriguez, an inmate at California State Prison, Sacramento, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. It does not plainly appear from the petition that Prado-Rodriguez is not entitled to relief, so the State of California is hereby ordered to file an answer, motion, or other response within 30 days of service of the petition. Prado-Rodriguez, if choosing to file a reply, must do so within 14 days of receipt of the State of California's answer or other pleading.

    The Clerk of the Court is directed to serve the California Attorney General with a copy of this order, a copy of the petition, and with a magistrate-judge jurisdiction consent form.

    **IT IS SO ORDERED.**

Dated: August 19, 2021

ALEX G. TSE
United States Magistrate Judge